UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
                Plaintiff,

vs.                                              C.A. No.:  12-10027

DENNIS BRADY
                Defendant.

## MOTION FOR TELEPHONIC APPEARANCE

NOW COMES the Defendant, Dennis Brady by and through counsel and respectfully requests that this Honorable Court grant a telephonic appearance for the Status Conference scheduled on May 17, 2012 at 2:00 p.m.

FOR REASONS STATE that defense counsel has a scheduling conflict on that day and will not be able to travel to the Commonwealth of Massachusetts for the scheduled conference at 2:00 p.m.

WHEREFORE, Defendant prays that this Honorable Court so move and grant counsel's motion for telephonic request on May 17, 2012or a date that is most convenient for this Honorable Court.

                                                        Respectfully Submitted,

                                                        */s/  Steven D. DiLibero, Esquire*___
                                                        Steven D. DiLibero, Esq., #SD8734
                                                        DiLibero & Associates
                                                        130 Dorrance Street
                                                        Providence, Rhode Island 02903
                                                        Phone: (401) 621-9700
                                                        Fax: (401) 331-9503

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that this document was filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copies will be sent to those indicated as non-participants on this date.

                                                         /s/ Steven D. DiLibero, Esquire