## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 12-10027-WGY** |
| ) | |
| **AMIE ARESTANI, et al.,** ) | **FILED UNDER SEAL** |
| ) | |
| **Defendants.** ) | |

### ASSENTED-TO MOTION TO CONTINUE TRIAL DATE

The government, by and through the undersigned attorney, hereby files this assented-to motion to continue the trial in the above-captioned matter for four weeks until May 20, 2013, or on a date thereafter as is convenient for the Court. As grounds therefor, the government states as follows:

1.      The grand jury returned a Superseding Indictment against defendants Amie Arestani, Rudy Avalos, Dennis R. Brady, Jr., Adolfo Castilleja, David Gurule, Carl Lindstrom, and Stacy Devanney on March 22, 2012. The Superseding Indictment alleges methamphetamine trafficking and money laundering charges.

2.      On May 17, 2012, this Honorable Court held a scheduling conference with the parties and set a jury trial to commence on April 22, 2013 as well as related pre-trial deadlines.

3.      On September 12, 2012, Gurule pled guilty before this Honorable Court pursuant to a plea agreement. His sentencing is scheduled for May 20, 2012.

4.      On September 17, 2012, Arestani pled guilty before this Honorable Court pursuant to a plea agreement. Her sentencing is scheduled for May 20, 2012.

5.      Charges remain pending against Avalos, Brady, Castilleja, Lindstrom, and Devanney. Avalos, Brady, Castilleja, and Lindstrom are detained, and Devanney is released on conditions.

6.      In reviewing her calendar, the undersigned Assistant U.S. Attorney recently realized that the scheduled trial date of April 22, 2013 immediately follows school vacation week during which the undersigned Assistant U.S. Attorney will be out of the country.  The undersigned Assistant U.S. Attorney expects to be out of the office from April 7, 2012 to April 21, 2012.  The currently scheduled trial date is five and one-half months from the date of this filing, and the United States is actively conducting discussions with counsel for all remaining defendants.

7.      The undersigned Assistant U.S. Attorney has consulted with counsel for all defendants against whom charges remain pending, and all counsel assent to this motion.

8.      Accordingly, the United States moves, with the assent of all parties, for the trial to be continued for four weeks until May 20, 2013, or a date thereafter as is convenient for the Court.


Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Linda M. Ricci*
       LINDA M. RICCI
       Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I, Linda M. Ricci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


*/s/ Linda M. Ricci*
LINDA M. RICCI


Date:  November 9, 2012

2