UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-10027-WGY |
| | ) | |
| AMIE ARESTANI, et al., | ) | FILED UNDER SEAL |
| | ) | |
| Defendants. | ) | |

## ASSENTED-TO MOTION TO CONTINUE TRIAL DATE

The government, by and through the undersigned attorney, hereby files this assented-to motion to continue the trial in the above-captioned matter for four weeks until May 20, 2013, or on a date thereafter as is convenient for the Court. As grounds therefor, the government states as follows:

1. The grand jury returned a Superseding Indictment against defendants Amie Arestani, Rudy Avalos, Dennis R. Brady, Jr., Adolfo Castilleja, David Gurule, Carl Lindstrom, and Stacy Devanney on March 22, 2012. The Superseding Indictment alleges methamphetamine trafficking and money laundering charges.

2. On May 17, 2012, this Honorable Court held a scheduling conference with the parties and set a jury trial to commence on April 22, 2013 as well as related pre-trial deadlines.

3. On September 12, 2012, Gurule pled guilty before this Honorable Court pursuant to a plea agreement. His sentencing is scheduled for May 20, 2012.

4. On September 17, 2012, Arestani pled guilty before this Honorable Court pursuant to a plea agreement. Her sentencing is scheduled for May 20, 2012.

5.     Charges remain pending against Avalos, Brady, Castilleja, Lindstrom, and Devanney. Avalos, Brady, Castilleja, and Lindstrom are detained, and Devanney is released on conditions.

6.     In reviewing her calendar, the undersigned Assistant U.S. Attorney recently realized that the scheduled trial date of April 22, 2013 immediately follows school vacation week during which the undersigned Assistant U.S. Attorney will be out of the country. The undersigned Assistant U.S. Attorney expects to be out of the office from April 7, 2012 to April 21, 2012. The currently scheduled trial date is five and one-half months from the date of this filing, and the United States is actively conducting discussions with counsel for all remaining defendants.

7.     The undersigned Assistant U.S. Attorney has consulted with counsel for all defendants against whom charges remain pending, and all counsel assent to this motion.

8.     Accordingly, the United States moves, with the assent of all parties, for the trial to be continued for four weeks until May 20, 2013, or a date thereafter as is convenient for the Court.

9.     The United States further requests that the time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(iv). In making this request, the United States notes that it initially proposed to counsel for all defendants that the trial be re-scheduled to a date in March 2013 (<u>earlier</u> than the curently scheduled date), April 1, 2013 (<u>earlier</u> than the currently scheduled date), or May 20, 2013 (four weeks later than the currently scheduled date). Because counsel for defendant Avalos would assent only to a later date, however, the United States herein requests a continuance of the trial date until May 20, 2013 rather than its re-scheduling to an earlier date. Accordingly, the government seeks an exclusion of this four-week period as being in the interest of justice. <u>See</u> <u>United States v. Richardson</u>, 421 F.3d 17, 29 (1st Cir. 2005) (government's continuity of counsel is valid ground for granting continuance in the interest of justice).

10.     Counsel for defendant Lindstrom does not assent to the government's requested exclusion of time.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:   */s/ Linda M. Ricci*
       LINDA M. RICCI
       Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Linda M. Ricci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        */s/ Linda M. Ricci*
        LINDA M. RICCI

Date: November 9, 2012