UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.                                                  Criminal No. 12-10027-WGY

DENNIS R. BRADY, JR.

ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING

Defendant Dennis R. Brady, Jr. hereby moves, with the assent of the government, to continue his sentencing hearing for ninety (90) day. As grounds for this motion, Mr. Brady states that it is in the interests of justice so to continue this hearing.

The government, through its attorney, Linda M. Ricci, assents to this motion.

Respectfully Submitted,

*/s/ Steven D. DiLibero, Esquire*
Steven D. DiLibero, Esquire
DiLibero & Associates
130 Dorrance Street
Providence, RI 02903
(401) 621-9700
(401) 331-9503 facsimile
sdilibero@diliberoandassociates.com

**CERTIFICATE OF SERVICE**

We, the undersigned, do hereby certify that this document was filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copies will be sent to those indicated as non-participants on this date.

*/s/ Steven D. DiLibero, Esquire*