**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 12-10027-WGY |
| | ) | |
| **DENNIS R. BRADY, JR.,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

**JOINT MOTION TO CONTINUE SENTENCING**

The government, by and through the undersigned attorney, and defendant Dennis R. Brady, Jr. ("Brady") hereby file this joint motion to continue the sentencing hearing until after the conclusion of the trial in the above-captioned case. As ground for this motion, the parties state as follows:

1. Brady pled guilty to all counts in the above-captioned indictment on January 9, 2013 Brady's plea agreement included a cooperation provision.

2. Brady's sentencing is currently scheduled for September 5, 2013.

3. A trial is scheduled to commence in this case on October 28, 2013. The charges against three co-defendants in this case – Rudy Avalos, Adolfo Castilleja, and Carl Lindstrom – remain unresolved. Lindstrom is expected to plead guilty on October 7, 2013. No change-of-plea hearing has been scheduled for Avalos or Castilleja.

4. The Government anticipates calling Brady to testify at any trial in this case. For that reason, the parties ask that his sentencing hearing be continued until after the anticipated conclusion fo the trial. Moreover, the Government will need certain additional time after the conclusion of trial to evaluate whether, and to what extent, Brady has provided substantial assistance, and both parties will need additional time to prepare for Brady's sentencing hearing.

5.     Accordingly, the parties move to continue Brady's sentencing hearing and request that this Honorable Court re-schedule the sentencing hearing on November 13, 2013 or any subsequent date at the convenience of the Court. In the interim, the parties will apprise the Court of any changes in the status of this matter.

          Respectfully submitted,

          CARMEN M. ORTIZ
          United States Attorney

By:   /s/ Linda M. Ricci
          Linda M. Ricci
          Assistant U.S. Attorney

          Steven DiLibero, Esq.

          /s/ Steven DiLibero
          Counsel for Dennis Brady

Dated: August 28, 2013

## CERTIFICATE OF SERVICE

    I, Linda M. Ricci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

          /s/ Linda M. Ricci
          Linda M. Ricci
          Assistant U.S. Attorney

Dated: August 28, 2013