AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 12-cr-10027-WGY |
| Amie Arestani, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 02/23/2015

/s/ Michelle L. Wasserman
*Attorney's signature*

Michelle L. Wasserman, CA 254686
*Printed name and bar number*

United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, MA 02210
*Address*

Michelle.Wasserman@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

(617) 748-3965
*FAX number*