2230006

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
IN CLERKS OFFICE
2016 JUN 27 AM 9 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12-cr-10027 WGY |
| Dennis R. Brady, Jr. | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Dennis R. Brady, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. Section 846 - Conspiray to Possess with Intent to Distribute and to Distribute

Date: January 26, 2012

*Issuing officer's signature*

City and state:   Boston, Massachusetts

Judith G. Dein, Chief United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

WARRANT EXECUTED BY Dog
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  1/31/2012

*Arresting officer's signature*

*Printed name and title*